IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| DOE, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 1:20-cv-00032-SMR-SBJ** |
| Plaintiff, | | |
| v. | | **NOTICE OF DISMISSAL** |
| JOHN DOE and JANE DOE, | | |
| Defendants. | | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Doe, Inc. hereby files this Notice of Dismissal.

Respectfully submitted,

                  THE WEINHARDT LAW FIRM

                  By /s/ Mark E. Weinhardt
                     Mark E. Weinhardt     AT0008280
                     David N. Fautsch      AT0013223

                     2600 Grand Avenue, Suite 450
                     Des Moines, IA 50312
                     Telephone: (515) 244-3100
                     mweinhardt@weinhardtlaw.com
                     dfautsch@weinhardtlaw.com

                  ORRICK, HERRINGTON & SUTCLIFFE LLP
                  Robert L. Uriarte (*pro hac vice*)
                  1000 Marsh Road
                  Menlo Park, CA 94025
                  Telephone: (650) 289-7105
                  ruriate@orrick.com

                  ATTORNEYS FOR PLAINTIFF